453 A.2d 23

Bednar, et al., Appellants v. Haywood.
Reargument Denied Dec. 30, 1982.

Petition for Allowance of Appeal Denied May 16, 1983.

Argued January 12, 1982.
Cleandra Bednar and Todd Burton, appellants, in propria persona; Norman G. Haywood, appellee, in propria persona.

Before HESTER, BECK and VAN der VOORT, JJ.

Order affirmed.

452 A.2d 58

Brown, Zajacek & Roth v. Ronca, et al.

Appeal of Donald J. Ronca.

Submitted April 6, 1982. Peter Senzer Steinberger, for appellant; Kent H. Herman, for Brown, appellee; Joseph M. Reibman, for Wein-Ron, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Order affirmed.